Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAGANROGA SHIPPING CORPORATION,

          Plaintiff,

-against-

SEASPEED CARGO AND SEA TRANSPORT LLC (a/k/a SEASPEED DUBAI),

          Defendant.



RECEIVED AUG 13 2007 U.S.D.C. S.D.N.Y. CASHIERS

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Taganroga Shipping Corporation hereby represents to this Honorable Court that said plaintiff does not have a corporate parent nor is there any publicly-held corporation that owns 10% or more of its stock.

Dated:   New York, NY
          August 13, 2007

                              BURKE & PARSONS
                              Attorneys for Plaintiff
                              TAGANROGA SHIPPING
                              CORPORATION

                              By _/s/ Keith W. Heard_____
                              Keith W. Heard (KH-8578)
                              100 Park Avenue
                              New York NY 10017-5533
                              (212) 354-3800