Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TAGANROGA SHIPPING CORPORATION,**<br><br>Plaintiff,<br><br>-against-<br><br>**SEASPEED CARGO AND SEA TRANSPORT LLC (a/k/a SEASPEED DUBAI),**<br><br>Defendant. | AFFIDAVIT IN SUPPORT OF A PROCESS SERVING APPOINTMENT<br><br>07 CM 7216 (CM) |

STATE OF NEW YORK    )

COUNTY OF NEW YORK)

Keith W. Heard, being duly sworn, deposes and says:

1. I am a member in good standing of the bar of this Court and I am a partner in the firm of Burke & Parsons, 100 Park Avenue, New York NY 10017-5533, attorneys for the Plaintiff herein.

2. It is common knowledge that, from time to time, the U.S. Marshal's Service may lack sufficient staff to effect service of Process of Maritime Attachment and Garnishment promptly or economically. Accordingly, Plaintiff respectfully requests that the Court appoint William F. Dougherty, Christopher H. Dillon, Keith W. Heard, Michael J. Walsh,

Penny Harris and Jayson Cofield, and such other attorneys or legal assistants employed or utilized by Burke & Parsons who are over 18 years of age and are not parties to this action, to serve Process of Maritime Attachment and Garnishment and supplemental process on the garnishees named in the order for such process, or upon any other or additional garnishees as may be named in any supplemental process of maritime attachment and garnishment.

3. No previous application has been made for the relief sought herein.

WHEREFORE, it is respectfully requested that the aforementioned persons be appointed to effect such service.

                                                      Keith W. Heard

Sworn to before me this
13th day of August 2007.

Notary Public
WILLIAM F. DOUGHERTY
Notary Public, State of New York
No.02DO6121747, Qual. in Rockland County
Certificate Filed in New York County
Commission Expires January 24, 2009