Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAGANROGA SHIPPING CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>SEASPEED CARGO AND SEA TRANSPORT LLC (a/k/a SEASPEED DUBAI),<br><br>　　　　　　　　　Defendant. | 07 CV 7216 (CM)<br><br>Electronically Filed |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )

COUNTY OF NEW YORK )

I, MICHAEL J. WALSH, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 510 Swanson Crescent, Milford, Connecticut 06461.

2. At 10:15 a.m. on the 17th day of August, 2007, I personally served garnishee, Bank of America, a copy of:

       (1) the Process of Maritime Attachment and Garnishment directed to Bank of America;

       (2) the *Ex Parte* Order for Process of Maritime Attachment;

       (3) Order Appointing Special Process Server; and

       (4) Verified Complaint issued in this action.

3. I served garnishee Bank of America by leaving copies of the foregoing documents at the law offices of Zeichner, Ellman & Krause LLP, attn: Barry J. Glickman, Esq., at their offices located at 575 Lexington Avenue, New York, New York 10022 with Martha Fletcher who is employed with Zeichner, Ellman & Krause as a "Paralegal".

                                                Michael J. Walsh

Subscribed and sworn to before me this
22nd day of August 2007

Notary Public

8995_0011.doc

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010