Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAGANROGA SHIPPING CORPORATION,<br><br>                       **Plaintiff,**<br><br>-against-<br><br>SEASPEED CARGO AND SEA TRANSPORT LLC (a/k/a SEASPEED DUBAI),<br><br>                       **Defendant.** | 07 CV 7216 (CM)<br><br>Electronically Filed |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )

COUNTY OF NEW YORK )

I, MICHAEL J. WALSH, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 510 Swanson Crescent, Milford, Connecticut 06461.

2. At 10:30 a.m. on the 17th day of August 2007, I personally served garnishee, ABN Amro Bank, a copy of:

    (1) the Process of Maritime Attachment and Garnishment directed to ABN Amro Bank;

    (2) the *Ex Parte* Order for Process of Maritime Attachment;

    (3) Order Appointing Special Process Server; and

    (4) Verified Complaint issued in this action.

3. I served garnishee ABN Amro Bank by leaving copies of the foregoing documents at ABN Amro Bank's place of business located at 55 East 52nd Street, New York, New York with Shawn R. Sprecker who is employed with garnishee ABN Amro Bank as "Senior Paralegal".

              /s/ Michael J. Walsh
                Michael J. Walsh

Subscribed and sworn to before me this
22nd day of August 2007

_____
Notary Public

    Penny S. Martinez
   Notary Public State of New York
8995_0012.doc  No. 01MA4865021 Qualified in Suffolk County
    Certificate Filed in New York County
   Commission Expires 29 September 2010