Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TAGANROGA SHIPPING CORPORATION,** <br><br> **Plaintiff,** <br><br> -against- <br><br> **SEASPEED CARGO AND SEA TRANSPORT LLC (a/k/a SEASPEED DUBAI),** <br><br> **Defendant.** | 07 CV 7216 (CM) <br><br> **Electronically Filed** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )

COUNTY OF NEW YORK )

I, MICHAEL J. WALSH, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 510 Swanson Crescent, Milford, Connecticut 06461.

2. At 11:38 a.m. on the 17th day of August, 2007, I personally served garnishee, Deutsche Bank, with a copy of:

    (1) the Process of Maritime Attachment and Garnishment directed to Deutsche Bank;

   (2) the *Ex Parte* Order for Process of Maritime Attachment;

   (3) Order Appointing Special Process Server; and

   (4) Verified Complaint filed in this action.

3.  I served garnishee Deutsche Bank by leaving copies of the foregoing documents at Deutsche Bank's office and place of business located at 60 Wall Street, New York, New York with Charles Ro, who stated he is employed with garnishee Deutsche Bank as a "Paralegal".

            _____
                Michael J. Walsh

Subscribed and sworn to before me this
22nd day of August 2007

_____
Notary Public

9000_0013.doc

      **Penny S. Martinez**
     **Notary Public State of New York**
  **No. 01MA4865021 Qualified in Suffolk County**
    **Certificate Filed in New York County**
   **Commission Expires 29 September 2010**