Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAGANROGA SHIPPING CORPORATION,<br><br>        **Plaintiff,**<br><br>-against-<br><br>SEASPEED CARGO AND SEA TRANSPORT LLC (a/k/a SEASPEED DUBAI),<br><br>        **Defendant.** | 07 CV 7216 (CM)<br><br>Electronically Filed |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )

COUNTY OF NEW YORK )

I, MICHAEL J. WALSH, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 510 Swanson Crescent, Milford, Connecticut 06461.

2. At 10:00 a.m. on the 17th day of August 2007, I personally served garnishee, Citibank N.A., with a copy of:

      (1) the Process of Maritime Attachment and Garnishment directed to Citibank N.A.;

      (2) the *Ex Parte* Order for Process of Maritime Attachment;

      (3) Order Appointing Special Process Server; and

      (4) Verified Complaint issued in this action.

3.   I served garnishee Citibank N.A. by leaving copies of the foregoing documents at Citibank N.A.'s place of business located at One Court Plaza, Long Island City, New York with Russ Abidally who is employed with garnishee Citibank N.A. as "Assistant Vice President, Legal Service Intake Unit".

                                                      _____
                                                                  Michael J. Walsh

Subscribed and sworn to before me this
22nd day of August 2007

_____
Notary Public

                             **Penny S. Martinez**
8995_0015.doc            **Notary Public State of New York**
                   **No. 01MA4865021 Qualified in Suffolk County**
                        **Certificate Filed in New York County**
                        **Commission Expires 29 September 2010**