Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAGANROGA SHIPPING CORPORATION,<br><br>      Plaintiff,<br><br>-against-<br><br>SEASPEED CARGO AND SEA TRANSPORT LLC (a/k/a SEASPEED DUBAI),<br><br>      Defendant. | 07 CV 7216 (CM)<br><br>Electronically Filed |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )

COUNTY OF NEW YORK )

I, MICHAEL J. WALSH, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 510 Swanson Crescent, Milford, Connecticut 06461.

2. At 9:29 a.m. on the 17th day of August 2007, I personally served garnishee, Wachovia Bank, a copy of:

      (1) the Process of Maritime Attachment and Garnishment directed to Wachovia Bank;

      (2) the *Ex Parte* Order for Process of Maritime Attachment;

      (3) Order Appointing Special Process Server; and

      (4) Verified Complaint issued in this action.

3. I served garnishee Wachovia Bank by leaving copies of the foregoing documents at Wachovia Bank's place of business located at 99 Park Avenue, New York, New York with Juan Florian who is employed with garnishee Wachovia Bank as a "Financial Specialist".

                                    Michael J. Walsh

Subscribed and sworn to before me this
22nd day of August 2007

_____
Notary Public

8995_0016.doc

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010