UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCT 24 2007
S.D. OF N.Y.

| | |
|---|---|
| TAGANROGA SHIPPING CORPORATION<br>　　　　　　　　　Plaintiff,<br><br>-V-<br><br>SEASPEED CARGO AND SEA TRANSPORT LLC (a/k/a SEASPEED DUBAI),<br>　　　　　　　　　Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br>07 CV 7216 (CM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**24th day of March, 2007**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**13th day of August, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8614 8282 4872**

_J. Michael McMahon_
CLERK

Dated: New York, NY

**FedEx Express** — International Air Waybill — For FedEx services worldwide. — Sender's Copy

**1 From** *Please print and press hard.*

- Date (MM/DD/YY): 
- Sender's FedEx Account Number: 100-656-426
- Sender's Name: KEITH W. HEARD
- Phone: 212-354-3800
- Company: BURKE & PARSONS
- Address: 100 PARK AVENUE
- Address: 30TH FLOOR
- City: NEW YORK
- State/Province: NY
- Country: USA
- ZIP/Postal Code: 10017-5533

**2 To**

- Recipient's Name: 
- Phone: +971.4.2697930
- Company: SEASPEED CARGO & SEA TRANSPORT
- Address: 205 AL HAWAI BUILDING
- Dept/Floor: 
- Address: AL RIGGA ROAD, DEIRA
- City: DUBAI
- State/Province: 
- Country: U.A.E.
- ZIP/Postal Code: 

Recipient's Tax ID Number for Customs Purposes e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information** — For EU Only: Tick here if goods are not in free circulation and provide C.I.

- Total Packages (Shipper's Load and Count/SLAC): 
- Total Weight: lbs. / kg
- DIM: L / W / H in. / cm

| Commodity Description DETAIL REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| LEGAL DOCUMENTS | | US | 00.00 |

COMPLETE IN ENGLISH.

Has EEI/SED been filed in AES? (or U.S. Export Only: Check One)
- [ ] No EEI/SED required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
- [ ] No EEI/SED required, enter exemption number:
- [ ] Yes — Enter AES proof of filing citation:

Total Declared Value for Carriage: 
If other than NLR, enter License Exception: 
Total Value for Customs (Specify Currency): 

**4 Express Package Service** — Packages up to 150 lbs./68 kg — *For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.*

- [X] FedEx Intl. Priority
- [ ] FedEx Intl. First — Available to select locations. Higher rates apply.
- [ ] FedEx Intl. Economy — FedEx Envelope and FedEx Pak rate not available.

**5 Packaging** *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other _____
- [ ] FedEx 10kg Box*
- [ ] FedEx 25kg Box*

**6 Special Handling**

- [ ] HOLD at FedEx Location
- [ ] SATURDAY Delivery — Available to select locations for FedEx Intl. Priority only.

**7a Payment** *Bill transportation charges to:* — Enter FedEx Acct. No. or Credit Card No. below.

- [X] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check/Cheque — FedEx Use Only

FedEx Acct. No.: 
Credit Card No.: 
Credit Card Exp. Date: 

**7b Payment** *Bill duties and taxes to:* — ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

- [X] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party

FedEx Acct. No.: 

**8 Your Internal Billing Reference** — *First 24 characters will appear on invoice.*

SNC.8995   KWH/JC

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. **WARNING:** These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature: *Keith W. Heard*

*This is not authorization to deliver this shipment without a recipient signature.*

For Completion Instructions, see back of fifth page.

FedEx Tracking Number: 8614 8282 4872

Form ID No.: 0402

521

PART #156410•Rev. Date ©1994–2006 FedEx PRINTED IN U.S.A.

**Ship and track packages at fedex.com**

The terms and conditions of service may vary from country to country. Consult our local office for specific information. Non-Negotiable International Air Waybill • ©1994–2006 FedEx

**Questions? Go to our Web site at fedex.com.**
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.