Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TAGANROGA SHIPPING CORPORATION,**<br><br>      **Plaintiff,**<br><br>-against-<br><br>**SEASPEED CARGO AND SEA TRANSPORT LLC (a/k/a SEASPEED DUBAI),**<br><br>      **Defendants.** | AFFIDAVIT OF SERVICE<br><br>07 cv 7216 (CM)<br><br>ECF Case |

STATE OF NEW YORK )

COUNTY OF NEW YORK )

 I, MICHAEL J. WALSH, having been duly authorized to make service of the Supplemental Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to this action, am over 18 years of age and reside at 510 Swanson Crescent, Milford, Connecticut 06461.

2. On the 28th day of May, 2008, I personally served copies of the:

    i. Supplemental Process of Maritime Attachment and Garnishment;

    ii. *Ex Parte* Order for Process of Maritime Attachment;

    iii. Verified Complaint; and

    iv. Order Appointing Special Process Server;

on Lloyds TSB Bank plc by leaving copies of the foregoing documents at Lloyds TSB Bank plc's place of business located at 1251 Avenue of the Americas, 39th Floor, New York, New York at 2:50 p.m. with Kevin G. Ross, Esq., who is employed as "Senior Counsel, U.S. Legal Department" with garnishee, Lloyds TSB Bank plc.

                                                                      Michael J. Walsh

Subscribed and sworn to before me this
10TH day of June 2008

_____
Notary Public

               Penny S. Martinez
       Notary Public State of New York
  No. 01MA4865021 Qualified in Suffolk County
     Certificate Filed in New York County
   Commission Expires 29 September 2010

8995_0019.doc